UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND GEORGE GLASS, | No. 2:24-cv-3020 DC CSK P |
| Petitioner, | |
| v. | ORDER |
| JAMES HILL, et al., | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, filed a motion for a court order to have physical access to the prison library. In his motion, petitioner alleges that court orders are necessary before he can use the law library and he therefore requests that the court issue an order granting him "Preferred Legal User" status.

Petitioner does not allege that he is under a present obligation to submit documents within a time certain and thus has not demonstrated that his right of access to the courts is being impaired. Indeed, at this time, no action by petitioner is required. On June 20, 2025, petitioner filed objections to the June 4, 2025 findings and recommendations, and both are pending review by the district court. The Court will not set a deadline merely for the purpose of insuring the plaintiff additional library time.

///

///

1

Accordingly, IT IS HEREBY ORDERED that petitioner's motion (ECF No. 25) is denied without prejudice.

Dated: July 24, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/glas3020.80

2